# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-0326 |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **DARNELL LAMONT DOSS** | : | |

## ORDER

AND NOW, this 21st day of August, 2014, upon consideration of defendant's motion (Doc. 30) to suppress evidence at trial in the above-captioned matter, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania