# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-326** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DARNELL LAMONT DOSS,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3rd day of May, 2017, upon consideration of the motion (Doc. 108) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Darnell Lamont Doss ("Doss"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Doss's motion (Doc. 108) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania